**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

F I L E D
Clerk's Office
USDC, Mass.
Date....7-6-05
By ....*[signature]*....
Deputy Clerk

-----------------------------------------------------------X

601 WEST0 ASSOCIATES LLC.,

                               Plaintiff,

              -against-

KLEISER-WALCZAK CONSTRUCTION CO.,
d/b/a KLEISER-WALCZAK,

                               Defendant.

--------------  -------------------------------------------X

**03  CIVIL 7942 (DFE)**
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**
**JUDGMENT #04,0960**

*05-mc - 10262*
*MBD*

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached

is a true and correct copy of the judgment entered in this action on MAY20 , 2004 as it appears in

the records of this court, and that * no notice of appeal has been filed, and no motion of any kind

listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

JUNE 30, 2005.

*[signature]*
**Clerk**

*[signature]*
**(By) Deputy Clerk**

**DOCKETED**

Dkt #15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

601 WEST ASSOCIATES LLC,

                              Plaintiff,                                    03 CIVIL 7942 (DFE)

        -against-                                                           **JUDGMENT**

KLEISER-WALCZAK CONSTRUCTION CO.,                       # 04,0960
d/b/a KLEISER-WALCZAK,

                              Defendant.
----------------------------------------------------------------X

        Plaintiff having moved for summary judgment, and the matter having come before the

Honorable Douglas F. Eaton, United States District Judge, and the Court, on May 17, 2004, having

rendered its Opinion (90101) and Order granting plaintiff's motion for summary judgment and

directing the Clerk to enter judgment in favor of plaintiffs and against the defendant awarding to

plaintiff the amount of $172,037.65 together with interest thereon at the rate of 9% per annum from

November 1, 2000 to the date of entry of judgment of $54,976.63 together with the additional sum

of $11,250.00 for attorneys' fees and costs of $150, for a total sum of $238,414.28, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion (90101) and Order dated May 17, 2004, plaintiff's motion for summary judgment

is granted and judgment is entered in favor of plaintiffs and against the defendant awarding

plaintiff the total sum of $238,414.28.

Dated: New York, New York
       May 20, 2004                                                 **J. MICHAEL McMAHON**

                                                                    _____
                                                                    **Clerk of Court**

A CERTIFIED COPY                                     BY:
J. MICHAEL McMAHON,           CLERK                         _____
                                                                    **Deputy Clerk**
BY _____
        DEPUTY CLERK

MICROFILM -9:00 AM
MAY 21 2004

CLERK

A CERTIFIED COPY
J. MICHAEL McMAHON,
BY _____ DEPUTY CLERK

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/20/04