# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 601 WEST ASSOCIATES LLC,<br><br>  Plaintiff and Judgment Creditor,<br><br>vs.<br><br>KLEISER-WALCZAK CONSTRUCTION CO., d/b/a KLEISER-WALCZAK,<br><br>  Defendant and Judgment Debtor. | Civil Action No. |



## APPLICATION OF ABRAHAM J. COLMAN FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Civil Rule 83.5.3, Abraham J. Colman, Esq. of the law firm of Buchalter, Nemer, Fields & Younger, A Professional Corporation, moves the Court for admission *pro hac vice* as attorney for Plaintiff and Judgment Creditor above-captioned matter, 601 West Associates LLC.  In support of this motion, declarant states:

  1.  I am a member of the law firm of Buchalter, Nemer, Fields & Younger, located at 601 S. Figueroa Street, Suite 2400, Los Angeles, California 90017-5704, telephone 213-891-0700, fax 213-896-0400.  I was admitted to the State Bar of California in 1990 and am admitted to practice before all United States District Courts in California.  I am an active member in good standing of this bar and have never been subject to disciplinary proceedings in any jurisdiction.  A Certificate of Good Standing is attached hereto as Exhibit "A".

  2.  I represent the Plaintiff and Judgment Creditor as litigation counsel for the purpose of enforcing the judgment entered in another district, which judgment is being or has been registered in the within district.

  3.  Local Rule 85.5.3(b) provides that "[a] member in good standing of the bar of any state or of any United States District Court may appear and practice in this court in that (1) he is the member of the bar in good standing in every jurisdiction where he has been admitted to

2

practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the local rules of the United States District Court of the District of Massachusetts; and provided further, his application for file an appearance in this court is on motion of a member of the bar of this court, who shall also file an appearance.

4.   Under the circumstances, I have met the criteria for admission *pro hac vice*.

**WHEREFORE**, declarant respectfully requests that the Court grant this application and that Abraham J. Colman, Esq. of Buchalter, Nemer, Fields & Younger, A Professional Corporation, be admitted *pro hac vice* for purposes of this action and that he be permitted to participate in post-judgment proceedings before this Court.

DATED: July 29, 2005

Respectfully submitted,

_____
Abraham J. Colman, Esq. of Buchalter, Nemer, Fields & Younger, A Professional Corporation
Attorneys for Plaintiff and Judgment Creditor
601 West Associates LLC

BNFY 575283v2