# United States District Court

Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Abraham J. Colman, Bar No. 146933

was duly admitted to practice in this Court on ___July 23, 1991___
<br>*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___May 13, 2005___
<br>*DATE*

SHERRI R. CARTER, CLERK

By _____
Marlene Ramirez, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR