UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                         CIVIL ACTION NO. 05-MC-10262 MBD

To the United States Marshal for the District of Massachusetts or either of his Deputies:

WHEREAS 601 West Associates LLC has recovered judgment against Kleiser-Walczak Construction Co., d/b/a Kleiser-Walczak in the United States District Court for Southern District of New York on the 20th day of May 2004, for the sum of $172,037.65, debt or damage, pre-judgment interest in the amount of $54,976.63, and costs of this suit in the amount of $150.00 and attorneys' fees in sum of $11,250.00, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $238,414.28, in the whole, with interest thereon at the rate of 9% per annum from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 10th day of August, 2005.

SARAH A. THORNTON
CLERK OF COURT

By: Theresa Cateno
Deputy Clerk

(EXECUTION1ST.WPD 3/7/2005)