USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
IN CLERKS OFFICE
2006 APR 18 P 1:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| 601 West Associates LLC | 05-mc-10262 |
| DEFENDANT | TYPE OF PROCESS |
| Kleiser-Walczak Construction Co. d/b/a Kleiser-Walczak | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kleiser-Walczak Construction Co.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
131 Mass Moca Way North Adams MA 01247

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vincent M. Lentini, Esq.
600 Old Country Road Ste. 202
Garden City NY 11530
(516) 228-3214

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Judgment debtor's phone number is (413) 664-7441. Its principals name is Jeff Kleiser and Diana Walczak
The address is also known as 87 Marshall Street
North Adams MA 01247

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 516 228-3214
DATE: 3/21/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. ___
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talauera
Date: 3/23/06

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Jeff Kleiser

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above): 

Date: 4/6/2006  Time: 10:23 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 135.00 | 55.48 | — | 190.48 | 45.00 | $145.48 |

REMARKS: Forwarded to USMS office in Springfield
3 hrs. 152 miles round trip.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**　　　　　　　　　　CIVIL ACTION NO. 05-MC-10262 MBD

To the United States Marshal for the District of Massachusetts or either of his Deputies:

WHEREAS 601 West Associates LLC has recovered judgment against <u>Kleiser-Walczak Construction Co., d/b/a Kleiser-Walczak</u> in the United States District Court for Southern District of New York on the 20th day of May 2004, for the sum of $172,037.65, debt or damage, pre-judgment interest in the amount of $54,976.63, and costs of this suit in the amount of $150.00 and attorneys' fees in sum of $11,250.00, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $238,414.28, in the whole, with interest thereon at the rate of 9% per annum from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 10th day of August, 2005.

　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By: _Theresa Cateno_
　　　　　　　　　　　　　　　　　　Deputy Clerk

(EXECUTION 1ST WRIT 3/7/2005)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

601 WEST ASSOCIATES LLC,

             Plaintiff,

        -against-

KLEISER-WALCZAK CONSTRUCTION CO.,
d/b/a KLEISER-WALCZAK,

             Defendant.
-----------------------------------------------------------X

03 CIVIL 7942 (DFE)

**JUDGMENT**

\# 04,0960

     Plaintiff having moved for summary judgment, and the matter having come before the Honorable Douglas F. Eaton, United States District Judge, and the Court, on May 17, 2004, having rendered its Opinion (90101) and Order granting plaintiff's motion for summary judgment and directing the Clerk to enter judgment in favor of plaintiffs and against the defendant awarding to plaintiff the amount of $172,037.65 together with interest thereon at the rate of 9% per annum from November 1, 2000 to the date of entry of judgment of $54,976.63 together with the additional sum of $11,250.00 for attorneys' fees and costs of $150, for a total sum of $238,414.28, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion (90101) and Order dated May 17, 2004, plaintiff's motion for summary judgment is granted and judgment is entered in favor of plaintiffs and against the defendant awarding plaintiff the total sum of $238,414.28.

Dated: New York, New York
       May 20, 2004

                                        J. MICHAEL McMAHON
                                        Clerk of Court

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK   BY:

BY _____
       DEPUTY CLERK

                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/20/04

MICROFILM 9:00 AM
MAY 2 1 2004

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

601 WEST0 ASSOCIATES LLC.,

                      Plaintiff,

-against-

KLEISER-WALCZAK CONSTRUCTION CO.,
d/b/a KLEISER-WALCZAK,
                      Defendant.
-------------------------------------------------------X

03 CIVIL 7942 (DFE)
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**
JUDGMENT #04,0960

FILED
Clerk's Office
USDC, Mass.
Date 7-6-05
By _____ Deputy Clerk

05-mc-10262 MBD

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on MAY 20, 2004 as it appears in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on JUNE 30, 2005.

                                                    J. Michael McMahon
                                                    Clerk

                                                    (By) Deputy Clerk

DOCKETED