| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>─────────────────────────────X<br>601 West Associates LLC<br><br>           Plaintiff,<br><br>   - against -<br><br>Kleiser-Walczak Construction Co.<br>d/b/a Kleiser-Walczak<br><br>           Defendant.<br>─────────────────────────────X | Civ. Ac No. 05-MC-10262<br><br><br>SATISFACTION OF JUDGMENT |

    WHEREAS, a judgment was entered in the above entitled action on May 24, 2004 in the United States District Court for the Southern District of New York under Civ. Ac. No. 03-7942 in favor of plaintiff 601 West Associates LLC and against defendant Kleiser-Walczak Construction Co. d/b/a Kleiser-Walczak for the sum of $238,414.28 which judgment was docketed on May 20, 2004 in the office of the Clerk of said Court. Said judgment was then registered with the within Curt on July 6, 2005. Said judgment has been paid in an agreed upon reduced sum and the sum of $0.00 remains unpaid.

    AND it is hereby further certified that there are no outstanding executions with any Sheriff or Marshall within the State of Massachusetts;

    THEREFORE, full satisfaction of the within judgment is hereby acknowledged and the Clerk is hereby authorized and directed to make entry of full satisfaction on the docket of said judgment.

Dated: June 6, 2006

                                                   Vincent M. Lentini, Esq.
                                                   Co-counsel for Plaintiff
                                                   600 Old Country Road
                                                   Ste. 202
                                                   Garden City NY 11530
                                                   (516) 228-3214